**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JAYSON TIKUM MBABID** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| **NIKITA BAKER,** | § | **EP-25-CV-00562-DCG** |
| *Acting Director of the U.S. Immigration and* | § | |
| *Customs Enforcement Baltimore Field* | § | |
| *Office,* | § | |
| | § | |
| *Respondent.* | § | |

## ORDER FOR JOINT STATUS REPORT

On November 18, 2025, the U.S. District Court for the District of Maryland transferred the above-captioned case to this Court. From the record, it appears that Immigration and Customs Enforcement ("ICE") previously detained Jayson Tikum Mbabid ("Petitioner") in Maryland, and that the instant habeas petition was filed while Petitioner was being transferred to the Western District of Texas.[1]

While this Court will review this case, it would be helpful to have an update from the parties addressing the legal and factual issues, specific timeframes this Court should be aware of, the next procedural steps this Court should take, and any other information that will assist the Court in proceeding.

The Court therefore **ORDERS** the parties to **CONFER** and **FILE** a joint status report containing that information by **December 1, 2025.**

The Clerk of Court **SHALL MAIL** and **EMAIL** this Order to Attorney Alexis Turner-Lafving.

---

[1] *See* Mem. Order, ECF No. 21, at 2–3.

So ORDERED and SIGNED this 21st day of November 2025.

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**